NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DELIO ROMANES,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D17-4917
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____ )

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

          Affirmed.  See Romanes v. State, 158 So. 3d 583 (Fla. 2d DCA 2014)

(table decision); Romanes v. State, 113 So. 3d 10 (Fla. 2d DCA 2013) (table decision);

Romanes v. State, 111 So. 3d 890 (Fla. 2d DCA 2013) (table decision); Romanes v.

State, 75 So. 3d 1261 (Fla. 2d DCA 2011) (table decision); Harris v. State, 777 So. 2d

994 (Fla. 2d DCA 2000); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.